# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, | Case No. 2:16-cv-0001-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| GNLV CORP., dba GOLDEN NUGGET HOTEL & CASINO | (Docket No. 17) |
| Defendant(s). | |

Pending before the Court is Plaintiff's Motion to Compel Defendant's Compliance with Requests for Production, Docket No. 17. Plaintiff submits that he attempted to meet and confer with Defendant, to no avail. Docket No. 17 at 18-19. As a result, Plaintiff filed this motion. The deadline to respond was September 26, 2016. *See* LR 7-2(b). To date, Defendant has not responded.

Accordingly, the Court hereby **GRANTS** Plaintiff's motion, Docket No. 17, as unopposed. *See* LR 7-2(d). Defendant must produce the documents that are the subject of Plaintiff's motion no later than October 14, 2016.

IT IS SO ORDERED.

Dated: September 30, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge